## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CONNIE TITCHENELL, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 11-CV-00563 |
| APRIA HEALTHCARE, INC., NORMAN C. PAYSON AND DANIEL E. GREENLEAF | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL

Plaintiff, Connie Titchenell, and Defendants, Apria Healthcare, Inc., Norman C. Payson and Daniel E. Greenleaf, by and through their undersigned counsel, pursuant to Fed.R.Civ.P. 41(a) hereby stipulate to the dismissal of Defendants Norman C. Payson and Daniel E. Greenleaf from this action.

/s/ Jeffrey L. Pettit
Jeffrey L. Pettit, Esquire
Monica T. Holland, Esquire
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1617 John F. Kennedy Boulevard, Suite 1500
Philadelphia, PA 19103
(215) 557-2900
*Counsel for Defendants Apria Healthcare Group, Inc., Norman C. Payson and Daniel E. Greenleaf*

/s/ Frank Schwartz
Frank Schwartz, Esquire
LAMM RUBENSTONE LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
(215) 735-8600
*Counsel for Plaintiff Connie Titchenell*