IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONNIE TITCHENELL,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO.   11-563 |
| | : | |
| **APRIA HEALTHCARE INC.** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 3rd day of June, 2013, upon consideration of Plaintiff's Unopposed Motion to Approve Collective Action Settlement and Consolidate Actions for the Purpose of Settlement and Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Costs and Expenses, (Document No. 101, filed May 9, 2013), and correspondence from counsel for the plaintiff class submitted in further support of the two (2) Motions,[1] following a telephone conference with the parties, through counsel, on June 3, 2013, **IT IS ORDERED** as follows:

1. On or before June 17, 2013, plaintiff's counsel shall file and serve a memorandum on the questions whether (a) notice of the proposed settlement and the right to object to the settlement or opt out of the collective class must be submitted to the putative class, and (b) whether a hearing on the fairness of the proposed settlement is required; and,

2. On or before June 17, 2013, the parties, through counsel, shall file the settlement agreement and the proposed form of release to be submitted to the putative class.   In the event the settlement agreement or the release provide for confidentiality, counsel shall set forth the authority for such confidentiality in a separate memorandum.

---

[1] A copy of Counsel's letter dated May 30, 2013 without enclosures shall be docketed by the Deputy Clerk.

**IT IS FURTHER ORDERED** as follows regarding sealing:

1. Plaintiff's Unopposed Motion to Approve Collective Action Settlement and Consolidate Actions for the Purpose of Settlement and Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Costs and Expenses, filed under seal by counsel, are **UNSEALED**; and,

2. The settlement agreement and proposed form of release shall **NOT BE FILED UNDER SEAL.**

                **BY THE COURT:**

                 s/ Jan E. DuBois
                 **DuBOIS, JAN E., J.**